**Tacarlos Antigo MILLER, Plaintiff—Appellant,**

v.

**Don G. WOOD, Administrator # 1 Scotland Correctional; Director of Prisons Boyd Bennett; Theodis Beck, Secretary of Department of Corrections; Hattie B. Pimpong, Chief Disciplinary Hearing Officer; Patricia Chavis, Director of South Central Region Office;**

**Mr. Crutchfield, Asst. Supt. of Programs Scotland Corr. Inst.; Mr. Battle, Disciplinary Hearing Officer, Defendants—Appellees.**

**No. 08–6497.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 8, 2008.

Tacarlos Antigo Miller, Appellant Pro Se. James Philip Allen, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tacarlos Antigo Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Miller's motion for appointment of counsel and affirm for the reasons stated by the district court. *Miller v. Wood,* No. 1:07-cv-00415-PTS, 2008 WL 624361 (M.D.N.C. Mar. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*